UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MAXWAY INTERNATIONAL CO., INC.,

    Plaintiff,

-against-

PEPSICO, INC.,

    Defendant.
------------------------------------------------------X

Docket No. 07 CV 3634

RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for a private (non-governmental) party certifies that no plaintiff has corporate or other parents, subsidiaries, or affiliates, the securities or other interests in which are publicly held.

Dated: New York, New York
   April 3, 2007

            KANE KESSLER, P.C.

            By: _____
            Dana M. Susman (DS-5436)
            Jeffrey H. Daichman (JD-8802)
            Attorneys for Plaintiff
            1350 Avenue of the Americas
            New York, New York 10019
            (212) 541-6222

#267719.1