# KANE KESSLER, P.C.

1350 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-4896
(212) 541-6222
FAX: (212) 245-3009
WWW.KANEKESSLER.COM

THOMAS A. KANE (1928-1977)
SIDNEY S. KESSLER (1938-1986)

DARREN S. BERGER*†
ADAM M. COHEN
STEVEN E. COHEN
JEFFREY H. DAICHMAN
ERIC P. GONCHAR
ARIS HAIGIAN
MITCHELL D. HOLLANDER†
S. REID KAHN**
ROBERT L. LAWRENCE
RONALD L. NURNBERG*
ARTHUR M. ROSENBERG†
DAVID R. ROTHFELD
JUDITH A. STOLL
DANA M. SUSMAN†
JEFFREY S. TULLMAN

JOSEPH NURNBERG (RETIRED)

NEW JERSEY OFFICE
CONTINENTAL PLAZA
433 HACKENSACK AVENUE
HACKENSACK, N.J. 07601-6319
(201) 487-2828

STEPHEN STEINBRECHER
SENIOR COUNSEL

PETER R. HERMAN
ROBERT KOLODNEY
ROBERT L. SACKS
BRUCE M. SCHLOSS
COUNSEL

MICHAEL A. ZIMMERMAN
OF COUNSEL

JARRETT K. BRATERMAN
GARY E. CONSTABLE†
PIERRE E. DEBBAS
NIKI J. FRANZITTA
MICHAEL R. FUTTERMAN†
ARI M. GAMSS
BRENDAN P. McFEELY
GARY E. OSTROFF
GILLIAN OVERLAND†
MICHAEL J. ROMER
ADAM E. SCHWARTZ†
LOIS M. TRAUB
CHARIS O. UYECIO
CHRISTIAN R. WHITE
JONATHAN A. ZALKIN

ALSO ADMITTED
FLA. BAR*
N.J. BAR†
N.J. AND D.C. BAR**

**MEMO ENDORSED**

(212) 519-5136
dsusman@kanekessler.com

May 9, 2007

*[Handwritten endorsement: The Clerk is directed to file the complaint (Docket #1) under seal. So ordered. /s/ [signature] (SDNY) 5/17/07]*

MAY 10 2007

LAWRENCE M. McKENNA
USDJ SDNY

**Via Federal Express**

Honorable Lawrence M. McKenna
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, New York 10007

Re:   **Maxway International Co., Inc. v. Pepsico, Inc.**
      *07 Civ 3634*

Dear Judge McKenna:

We represent the plaintiff in connection with the above matter, which was filed by hand on May 8, 2007. The summons and complaint have not yet been served.

As the undersigned informed Caroline Holderness, Esq. of Your Honor's chambers this morning, immediately after the action was filed, we realized that of the eleven (11) exhibits annexed to the complaint, three (3) of them contain information which might be considered confidential by either party. We are writing this letter pursuant to Ms. Holderness' instruction to request that these three exhibits (which are Exhibits C, F and H) be removed from the complaint or, alternatively, that the complaint be filed under seal in order to protect the interests of both parties.

It is our intention to immediately file and serve an Amended Complaint with the above exhibits and any reference thereto, removed.

It would be greatly appreciated if the Court could advise of its response to this request or whether any further action should be taken by plaintiff to rectify the situation.

Respectfully submitted,

/s/ Dana M. Susman
Dana M. Susman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/07

DMS/nd
#268180.1