UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
MAXWAY INTERNATIONAL CO., INC.   :   **NOTICE OF APPEARANCE**
:
Plaintiff,   :   **07-CV-3634 (LMM)**
:
-against-   :
:
PEPSICO, INC.,   :
:
Defendant.   :
--------------------------------------------------------x

To the Clerk of this court and all parties of record:

Enter my appearance for Defendant, PepsiCo, Inc.

I certify that I am admitted to practice in this court.

Date:  June 26, 2007                         PROSKAUER ROSE LLP

_____
Margaret A. Dale (MD-5117)
1585 Broadway
New York, New York 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900