UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
MAXWAY INTERNATIONAL CO., INC.   :      **NOTICE OF APPEARANCE**
                                 :
            Plaintiff,           :      **07-CV-3634 (LMM)**
                                 :
     -against-                   :
                                 :
PEPSICO, INC.,                   :
                                 :
            Defendant.           :
-------------------------------------------------------x

To the Clerk of this court and all parties of record:

Enter my appearance for Defendant, PepsiCo, Inc.

I certify that I am admitted to practice in this Court.


Date:  June 26, 2007                    PROSKAUER ROSE LLP


                                        _____
                                        Louis M. Solomon (LS-7906)
                                          1585 Broadway
                                          New York, New York 10036
                                          Tel:  (212) 969-3000
                                          Fax:  (212) 969-2900