McKenna

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
MAXWAY INTERNATIONAL CO., INC.,

               Plaintiff,

-against-

PEPSICO, INC.,

               Defendant.
---------------------------------------------------------------x

ELECTRONICALLY FILED

07-CV-3634 (LMM)

**STIPULATED ORDER EXTENDING TIME TO ANSWER, MOVE AGAINST OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys that the time within which the Defendant may answer, move against, or otherwise respond to the Amended Complaint in this action shall be hereby extended from its original date to and including August 15, 2007.

Dated: New York, New York
        June 25, 2007

PROSKAUER ROSE LLP

By: _Margaret A. Dale_
Margaret A. Dale (MD-5117)
1585 Broadway
New York, New York 10036-8299
(212) 969-3000
Attorneys for Defendant

SO ORDERED:

X _____ by 6/26/07
    U.S.D.C.
    U.S.D.J.

KANE KESSLER, P.C.

By: _Dana M. Susman_ / by permission M.A.D.
Dana M. Susman (DS-5436)
1350 Avenue of the Americas
New York, New York 10019-4896
(212) 541-6222
Attorney for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/07

9785463