Louis M. Solomon (LS-7906)
Margaret A. Dale (MD-5117)
Proskauer Rose LLP
1585 Broadway
New York, New York 10036
*Attorneys for Defendant PepsiCo., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
MAXWAY INTERNATIONAL CO., INC.    :
                                  :    07-CV-3634 (LMM)
                  Plaintiff,      :
                                  :
        -against-                 :
                                  :
PEPSICO, INC.,                    :
                                  :
                  Defendant.      :
-------------------------------------------------------x

## RULE 7.1 STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, the undersigned counsel for Defendant PepsiCo, Inc. certifies that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       August 22, 2007

PROSKAUER ROSE LLP

By: *[signature: Margaret Dale]*
Louis M. Solomon (LS-7906)
Margaret A. Dale (MD-5117)
1585 Broadway
New York, New York 10036
(212) 969-3000
(212) 969-2900 fax

*Counsel for Defendant PepsiCo, Inc.*