```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MAXWAY INTERNATIONAL CO., INC.,          :   07-CV-3634 (LMM)
                                          :
                    Plaintiff,            :   STIPULATION AND ORDER
                                          :   EXTENDING PLAINTIFF'S
        -against-                         :   TIME TO RESPOND TO
                                          :   DEFENDANT'S COUNTERCLAIMS
PEPSICO, INC.,                            :
                                          :
                    Defendant.            :
-----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that plaintiff Maxway International Co., Inc.'s time to answer, move or otherwise respond to defendant Pepsico Inc.'s counterclaims is extended up to and including October 9, 2007. This stipulation is without prejudice to, and does not waive or compromise, Plaintiff Maxway International Co., Inc.'s right to assert any applicable defense.

Dated: New York, New York
       September 10, 2007

KANE KESSLER, P.C.                          PROSKAUER ROSE LLP

By: _____                   By: _____
    Dana M. Susman (DS-5436)                    Louis M. Solomon (LS-7906)
    Jeffrey H. Daichman (JD-8802)               Margaret A. Dale (MD-5117)
Attorneys for Plaintiff                     Attorneys for Defendant
1350 Avenue of the Americas                 1585 Broadway
New York, New York 10019                    New York, New York 10036
(212) 541-6222                              (212) 969-3000
(212) 245-3009 fax                          (212) 9692900 fax


                        SO ORDERED:

                        _____
                        U.S.D.J.     9/11/07

#274695.1