# KANE KESSLER, P.C.

THOMAS A. KANE (1928-1977)
SIDNEY S. KESSLER (1938-1986)

DARREN S. BERGER†
ADAM M. COHEN
STEVEN E. COHEN
JEFFREY H. DAICHMAN
ERIC P. GONCHAR
ARIS HAIGIAN
MITCHELL D. HOLLANDER†
S. REID KAHN**
ROBERT L. LAWRENCE
RONALD L. NURNBERG*
ARTHUR M. ROSENBERG†
DAVID R. ROTHFELD
JUDITH A. STOLL
DANA M. SUSMAN†
JEFFREY S. TULLMAN

JOSEPH NURNBERG (RETIRED)

1350 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-4896
(212) 541-6222
FAX: (212) 245-3009
WWW.KANEKESSLER.COM

NEW JERSEY OFFICE
CONTINENTAL PLAZA
433 HACKENSACK AVENUE
HACKENSACK, N.J. 07601-6319
(201) 487-2828
FAX: (201) 487-3776

WRITER'S DIRECT NUMBER
(212) 519-5136
dsusman@kanekessler.com

STEPHEN STEINBRECHER
SENIOR COUNSEL

PETER R. HERMAN
ROBERT KOLODNEY
ROBERT L. SACKS
BRUCE M. SCHLOSS
COUNSEL

MICHAEL A. ZIMMERMAN
OF COUNSEL

JARRETT K. BRATERMAN
GARY E. CONSTABLE†
PIERRE E. DEBBAS
NIKI J. FRANZITTA
MICHAEL R. FUTTERMAN†
ARI M. GAMSS
BRENDAN P. McFEELY
GARY E. OSTROFF
GILLIAN OVERLAND†
MICHAEL J. ROMER
ADAM E. SCHWARTZ†
LOIS M. TRAUB
JOSEPH J. VENTIMIGLIA
CHRISTIAN R. WHITE
JONATHAN A. ZALKIN

ALSO ADMITTED
FLA. BAR*
N.J. BAR†
N.J. AND D.C. BAR**

November 6, 2007

**Via Federal Express**

Honorable Lawrence M. McKenna
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, New York 10007

**MEMO ENDORSED**

Re: <u>Maxway International Co., Inc. v. Pepsico, Inc.</u>
    07 Civ 3634

Dear Judge McKenna:

We represent the plaintiff in the above matter.

As the Court is aware, the parties have reached an agreement in principal to resolve this case. That agreement is contingent upon a separate agreement between defendant and a third-party company located in China. We have been advised that substantial progress has been made toward finalizing the separate agreement between defendant and the third party. I am further advised that the principal of the third-party will be traveling to New York to finalize and sign the agreement this month.

Accordingly, counsel for both parties request that the deadlines set forth in the current Scheduling Order be stayed for an additional thirty (30) days. This is the second request for an extension of discovery deadlines.

*Granted. So ordered.*
*[signature] USDJ 11/7/07*

Respectfully submitted,

[signature]

Dana M. Susman

cc: Margaret Dale, Esq. – Counsel for Defendant
    *(via facsimile and email)*

#268180.3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/07